UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA SISCO, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO.: 5:24-cv-1455 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| LEAF HOME ENHANCEMENTS, LLC, | ) ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |

The Court is in receipt of the parties' Stipulation of Dismissal (Doc. 33). Pursuant to Fed. R. Civ. P. 41(a), this case is DISMISSED with prejudice as to Plaintiff's individual claims, and this case is DISMISSED without prejudice as to any other member of the putative class. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: February 14, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE